JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　　Petitioner,<br>　　vs.<br>D. DAVEY, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-4508-JAK (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:   September 20, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1